WILLIAM H. BIERDS, Appellant, *v.* HARRY C. MOORE, Respondent.

(Submitted October 8, 1890; decided October 28, 1890.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made June 27, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Horace Graves* for appellant.

*William J. Gaynor* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.  _____